# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| PATRICIA MYERS and MARYHESPER SANTOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CYBERSOFT TECHNOLOGY, INC.,<br><br>Defendant. | Civil Action No. 4:25-cv-00777 |

## NOTICE OF SETTLEMENT

Plaintiffs Patricia Myers and Maryhesper Santos ("Plaintiffs") and Defendant Cybersoft Technology, Inc. ("Defendant"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to resolve this action on an individual basis. The Parties are currently finalizing a written agreement and drafting a dismissal, which they expect to file within 30 days. Accordingly, the Parties respectfully request all deadlines be suspended pending the finalization of their settlement agreement and forthcoming dismissal of this action.

Dated: November 25, 2025                    **SHAMIS & GENTILE, P.A.**

                                            By: */s/ Andrew Shamis*
                                                Andrew Shamis

                                            *Attorneys for Plaintiffs and the Putative Class*

Dated: November 25, 2025                    **KALIELGOLD PLLC**

                                            By: */s/ Sophia Goren Gold*
                                                Sophia Goren Gold
                                                Jeffrey D. Kaliel
                                                Amanda J. Rosenberg

                                            *Attorneys for Plaintiffs and the Putative Class*

Dated: November 25, 2025                **HUSCH BLACKWELL LLP**

By: */s/ Sabrina A. Neff*
    Sabrina A. Neff (State Bar No. 24065813)
    600 Travis Street, Suite 2350
    Houston, Texas 77002
    Telephone: (713) 647-6800
    sabrina.neff@huschblackwell.com

*Attorneys for Defendant*
*Cybersoft Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send automatic notification of such filing to all participants and attorneys of record.

                                           */s/ Andrew Shamis*
                                           Andrew Shamis