**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| PATRICIA MYERS and MARYHESPER SANTOS, individually and on behalf of all others similarly situated, §§§§<br><br>Plaintiffs, §§<br><br>v. §§<br><br>CYBERSOFT TECHNOLOGY, INC. §§<br><br>Defendant. §§§ | Civil Action No. 4:25-cv-00777 |

PATRICIA MYERS and MARYHESPER SANTOS, individually and on behalf of all others similarly situated,

§
§
§
§    Civil Action No. 4:25-cv-00777
§
Plaintiffs,    §
§
v.    §
§
CYBERSOFT TECHNOLOGY, INC.    §
§
Defendant.    §
§

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Patricia Myers and Maryhesper Santos, hereby dismisses their claims for relief against

Defendant Cybersoft Technology, Inc., with prejudice.

Dated: February 5, 2026

**SHAMIS & GENTILE, P.A.**

By:*/s/ Andrew J. Shamis*
    Andrew J. Shamis
    14 N.E. 1st Avenue, Suite 705
    Miami, Florida 33132
    Telephone: (305) 479-2299
    ashamis@shamisgentile.com

**KALIELGOLD PLLC**
Sophia G. Gold (admitted *pro hac vice*)
Amanda J. Rosenberg
490 43rd Street, No. 122
Oakland, California 94609
Tel: (202) 350-4783
sgold@kalielgold.com
arosenberg@kalielgold.com

Jeffrey D. Kaliel
1100 15th Street NW, 4th Floor
Washington, D.C. 20005

Telephone: (202) 350-4783
jkaliel@kalielpllc.com

**EDELSBERG LAW P.A.**
Scott Edelsberg
20900 NE 30th Avenue, Suite 417
Aventura, Florida 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Attorneys for Plaintiffs and*
*the Putative Class*

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the foregoing has been served on counsel of record via the Court system's ECF upon the following on February 5, 2026.

*/s/ Andrew Shamis*
Andrew Shamis