United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICIA MYERS, *et al.*, § § Plaintiffs, § § VS. § CYBERSOFT TECHNOLOGOY, INC., § § Defendant. § | CIVIL ACTION NO. 4:25-CV-00777 |

### ORDER

Before the Court is Plaintiffs' Notice of Voluntary Dismissal filed on February 5, 2026. Doc. #50. In accordance with the Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

FEB 1 3 2026
Date

The Honorable Alfred H. Bennett
United States District Judge